EXHIBIT 6
Johnson
9/14/07
PENGAD 800-631-6989

# BREWER PETROLEUM SERVICE, INC.

271 Lee Burbank Highway
Revere, Massachusetts 02151
781/284-4770 — Fax (781) 289-6984

Date: 10A415529

**CONSIGNEE:** B 168 T 216

**SHIPPER'S NAME:** S. Prudntg    **DESTINATION:** Whitinsville 21220

**CUSTOMER'S ORDER NO.:**    **SHIPPED FROM:** Springo

**LOADING TICKET NO.** 1492254

| | GALS. | WATER | | RATE | AMOUNT |
|---|---|---|---|---|---|
| Gasoline Flammable Liquid U N 1203 (Unleaded) | 1400 | | | Gallons | |
| Gasoline Flammable Liquid U N 1203 (Plus) | | | | | |
| Gasoline Flammable Liquid U N 1203 (Premium) | | | | | |
| Fuel Oil Combustible Liquid NA 1993 (Diesel) | | | | | |
| Fuel Oil Combustible Liquid NA 1223 (Kerosene) | | | | | |
| Fuel Oil Combustible Liquid NA 1993 | | | | | |
| | | | Tax | | |
| | | | Stop Off Charge | @ | |
| | | | DELAY CHARGE | Hrs. @ | |
| | | | | TOTAL | |

OFFICE USE ONLY.  (Errored)

Loading Time Finish: 12:45    Delivery Time Finish: 13:34

Loading Time Start: 12:34    Delivery Time Start: 1/58

Total Loading Time:    Total Delivery Time:

Driver: Erik

Customer's Signature
For Products and Delay Charge: Matthew Meade

Explain Delay Time:

"DYED DIESEL FUEL, NONTAXABLE USE ONLY, PENALTY FOR TAXABLE USE"  CHEMTREC EMERGENCY TELEPHONE 1-800-424-9300

# DRIVERS DELIVERY INSTRUCTIONS

**TERMINAL OPERATIONS**

## TERMINAL LOADING

| | |
|---|---|
| Drain dry compartments. | ☐ |
| Place ID tags on appropriate compartment. | ☐ |
| Check Delivery Ticket quantities with Driver delivery Form. | ☐ |

**BEFORE UNLOADING AT STATION**

| | |
|---|---|
| Gauge tanks at station. | ☐ |
| Physically check that all station gauge caps are secure. | ☐ |
| Calculate inventory to be sure that the load will fit. | ☐ |
| Compare ID tags against Driver delivery instructions. | ☐ |

## STATION/TRUCK READINGS

| ITEM | U/L REGULAR | | U/L PLUS | | U/L PREMIUM | | DIESEL | |
|---|---|---|---|---|---|---|---|---|
| | GAUGE | GROSS VOLUME | GAUGE | GROSS VOLUME | GAUGE | GROSS VOLUME | GAUGE | GROSS VOLUME |
| BEFORE UNLOADING IN STATION TANKS | 31 | 5734 | | | | | | |
| IN TRUCK | | 1760 | | | | | | |
| TOTAL [A] | | 171-74 | | | | | | |
| STATION TANK STORAGE CAPACITY | | 14386 | | | | | | |
| CAN LOAD FIT? | | YES ☒ NO | | YES NO | | YES NO | | YES NO |
| AFTER UNLOADING IN STATION TANKS [B] | 75 | 11692 | | | | | | |
| DIFFERENCE (A)-(B) | | 49 | | | | | | |

**UNLOADING AT STATION**

Connect up Unloaded Regular first, Unloaded Plus next, and Unloaded Premium last. BE SURE TO MATCH ID COLOR TO FUEL COLOR.

Remove ID tags as compartments are finished. ☐

**AFTER UNLOADING AT STATION**

| | |
|---|---|
| Gauge station's tanks. | ☐ |
| Compare "Total," Item A, figures with "After Unloading In Stations' Tanks," Item B, figures. | ☐ |
| Report any discrepancy of ±50 gal. to the terminal. | ☐ |

| | 5 | 4 | 3 | 2 | 1 | GRADE OF PRODUCT |
|---|---|---|---|---|---|---|
| | M | M | M | M | M | |
| | | | | | | CAB |
| VOLUME | 5002 | 1600 | 501 | 3500 | 3549 | |

**DRIVER MUST**

| | |
|---|---|
| PICK UP ENVELOPE WITH CHECK AT STATION | ☐ |
| PICK UP CHECK - RED BOX ACCT. TYPE CHECK | ☐ |
| BRING BACK TANK READINGS | ☐ |
| EXTRA HOSE REQUIRED | ☐ |
| METERED TRUCK REQUIRED | ☐ |

ADDITIONAL REQUIREMENTS:

Belt 7147454

| DRIVERS REMARKS ON THIS DELIVERY | SEAL NUMBERS |
|---|---|
| | |

DRIVER'S SIGNATURE  Buck

CUSTOMER'S SIGNATURE  Meditte Groulx

FOR PRODUCT EMERGENCY - SPILL, LEAK, FIRE OR EXPOSURE CALL CHEMTREC [illegible]-9300 DAY OR NIGHT

UN1203, Gasoline, 3, P.G. II

11400 GALLONS

SEE REVERSE SIDE FOR HAZARDOUS WARNING, INITIAL EMERGENCY RESPONSE GUIDE AND OTHER INFORMATION

**BOL #:** 1492954

PLANT ID #: 00000DF
FOLIO #: 10/001

SOLD TO:
MARATHON PETROLEUM COMPANY LP
539 SOUTH MAIN STREET
FINDLAY, OH 45840

SOLD TO/CONTRACT#: 0000173531
DEL DATE:
SHIP TO #: 0000396516
PO #:

SHIPMENT ORIGIN:
52 Beacham St
Everett MA 02149

EDI #: 23052860230100
TRNS CODE: 533

SHIP TO:
2415 - H#21220-1144 PROVIDENCE ROAD
2415 - H#21220-1144 PROVIDENCE ROAD
WHITINSVILLE, MA 015882141

LOAD IN/ DATE: 12:20 10/01/14
LOAD OUT/ DATE: 12:45 10/01/14

TRANSFEROR:
ExxonMobil Oil Corporation
3225 Gallows Road
Fairfax, VA 22037-0001
EPA Facility Reg. #435081690

EPA #: 4343
FEIN #: 13-5401570

| METER # | MATERIAL # | MATERIAL DESCRIPTION | GROSS | TEMP. | GRAVITY | NET |
|---|---|---|---|---|---|---|
| Bay-05 | 101381 | 87 OCT RFG 3.5W%02 ETOH GENADD. | 5301 | 63.4 | 60.8 | 5289 |
| 03-01 | 100845 | 87 OCT RBOB. | 4788 | | | 4776 |
| 03-02 | 106268 | ETHANOL,NO RINS TRANSFERRED. | 515 | | | 513 |
| Bay-05 | 101381 | 87 OCT RFG 3.5W%02 ETOH GENADD. | 6099 | 53.3 | 60.8 | 6085 |
| 01-01 | 100845 | 87 OCT RBOB. | 5507 | | | 5495 |
| 01-03 | 106268 | ETHANOL,NO RINS TRANSFERRED. | 592 | | | 590 |
| | | Total Gallons: 1 TANK TRUCK | 11400 | | | 11374 |

THIS PRODUCT IS REFORMULATED GASOLINE, CONTAINING DETERGENT ADDITIVE.
NON-VOC CONTROLLED,BENZENE 1.3 VOL.%MAX. E10: CONTAINS BETWEEN 9 AND 10 VOL % ETHANOL.
E10: CONTAINS BETWEEN 9 AND 10 VOL% ETHANOL.
"This volume of neat or blended ethanol is designated and intended for use as transportation fuel or jet fuel in the 48 U.S. contiguous states and Hawaii. Any person exporting this fuel is subject to the requirements of 40 CFR 80.1430."
Gasoline: Danger. Extremely flammable. Causes skin and respiratory tract irritation. May cause serious or fatal lung damage. Contains benzene and ethylbenzene. May cause cancer, blood related disorders, and nervous system damage.

Entered

SEQ #: 8434

GASOLINE IS IN COMPLIANCE WITH APPLICABLE RVP STANDARDS

| DRIVER | DRIVER # | SCAC | FEIN # |
|---|---|---|---|
| RICK JOHNSON | 1457 | BRPS | 0041117970 |
| TRUCK: | TRAILER 1: 206 | | |

CARRIER: BREWER PETROLEUM SERVICE INC (781)284-4770
271 LEE BURBANK HWY
REVERE, MA 02151-4061

FREIGHT: COLLECT

Carrier has loaded and accepted the above-named materials and certifies that the container supplied for this shipment is a proper container for the transportation of this commodity under D.O.T. regulations and driver acknowledges Emergency Response Guide Information received on reverse side of this document.

DATE: 10/01/14

DRIVER/AGENT SIGNATURE: [signature]

COPY 3

FCO-619 (01/14)

6C

# EMERGENCY RESPONSE INFORMATION (49 CFR 172.602)

(See Material Safety Data Sheet for additional information)

| SHIPPING NAME | ID # | HAZARD CLASS | P.G. |
|---|---|---|---|
| Gasoline | UN 1203 | 3 | II |
| Gasohol | UN 1203 | 3 | II |
| Ethyl Alcohol | UN 1170 | 3 | II |
| Fuel, Aviation, Turbine Engine | UN 1863 | Combustible Liquid | III |
| Diesel Fuel | NA 1993 | Combustible Liquid | III |
| Kerosene | UN 1223 | Combustible Liquid | III |
| Fuel Oil | NA 1993 | Combustible Liquid | III |

## POTENTIAL HAZARDS

### Fire or Explosion

- HIGHLY FLAMMABLE: Will be easily ignited by heat, sparks or flames.
- Vapors may form explosive mixture with air.
- Vapors may travel to source of ignition and flash back.
- Most vapors are heavier than air. They will spread along ground and collect in low or confined areas (sewers, basements, tanks).
- Vapor explosion hazard indoors, outdoors or in sewers.
- Some may polymerize (?) explosively when heated or involved in a fire.
- Runoff to sewer may create fire or explosion hazard.
- Containers may explode when heated.
- Many liquids are lighter than water.
- Substance may be transported hot.

### Health

- Inhalation or contact with material may irritate or burn skin and eyes.
- Fire may produce irritating, corrosive and/or toxic gases.
- Vapors may cause dizziness or suffocation.
- Runoff from fire control or dilution water may cause pollution.

## PUBLIC SAFETY

- Call Emergency Response Telephone Number on the front side of this Shipping Paper first. If shipping paper not available or no answer, refer to appropriate telephone numbers listed in your area (Fire, Police, etc).
- Isolate spill or leak immediately for at least 25 to 50 meters (80 to 160 feet) in all directions.
- Keep unauthorized personnel away.
- Stay upwind.
- Keep out of low areas.
- Ventilate closed spaces before entering.

### Protective Clothing

- Structural firefighters' protective clothing will only provide limited protection.
- Wear positive pressure self-contained breathing apparatus (SCBA).

### Evacuation

Large Spill
- Consider initial downwind evacuation for at least 300 meters (1000 feet).

Fire
- If tank, rail car or tank truck is involved in a fire, ISOLATE for 800 meters (1/2 mile) in all directions; also, consider initial downwind evacuation for at least 800 meters (1/2 mile) in all directions.

## EMERGENCY RESPONSE

### Fire

CAUTION: All these products have a very low flash point: Use of water spray when firefighting may be inefficient.

Small Fires
- Dry chemical, CO2, water spray or regular foam.

Large Fires
- Water spray, fog or regular foam.
- Do not use straight streams.
- Move containers from fire area if you can do it without risk.

Fires involving Tanks or Car/Trailer Loads
- Fight fire from maximum distance or use unmanned hose holders or monitor nozzles.
- Cool containers with flooding quantities of water until well after fire is out.
- Withdraw immediately in case of rising sound from venting safety devices or discoloration of tank.
- ALWAYS stay away from the ends of tank.
- For massive fire use unmanned hose holders or monitors nozzles; if this is impossible, withdraw from area and let the fire burn.

### Spill Or Leak

- ELIMINATE all ignition sources (no smoking, flares, sparks or flames in immediate area).
- All equipment used when handling the product must be grounded.
- Do not touch or walk through spilled material.
- Stop leak if you can do it without risk.
- Prevent entry into waterways, sewers, basements or confined areas.
- A vapor suppressing foam may be used to reduce vapors.
- Absorb or cover with dry earth, sand or other non-combustible material and transfer to containers.
- Use clean non-sparking tools to collect absorbing material.

Large Spills
- Dike far ahead of liquid spill for later disposal.
- Water spray may reduce vapor, but may not prevent ignition in closed spaces.

### First Aid

- Move victim to fresh air.
- Call emergency medical care.
- Apply artificial respiration if victim is not breathing.
- Administer oxygen if breathing is difficult.
- Remove and isolate contaminated clothing and shoes.
- In case of contact with substance, immediately flush skin or eyes with running water for at least 20 minutes.
- Wash skin with soap and water.
- Keep victim warm and quiet.
- Ensure that medical personnel are aware of the material(s) involved, and take precautions to protect themselves.

## BILL OF LADING INFORMATION

This shipment is governed, if-via contract carrier, by the applicable contract or if by common carrier, by the National Motor Freight Classification uniform Bill of lading in effect on shipment date if applicable, or by such other bill of lading form or conditions as may be prescribed by governmental authority.

IF THIS DOCUMENT EVIDENCES A DELIVERY INTO SHIPPER'S TRUCK OR INTO CONSIGNEE'S TRUCK, IT IS NOT A BILL OF LADING, BUT CONSIGNEE'S RECEIPT FOR THE DELIVERY.



# BREWER PETROLEUM SERVICE, INC.

271 Lee Burbank Highway
Revere, Massachusetts 02151
781/284-4770 — Fax (781) 289-6984

A 413697

Date 10-2-14

B 153 - T 216

| CONSIGNEE | MARATHON |
| SHIPPER'S NAME | Marathon |
| DESTINATION | 2415 Whitinsville |
| SHIPPED FROM | Braintree |

CUSTOMER'S ORDER NO.

LOADING TICKET NO. 196858

| | GALS. | WATER | | Gallons | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| Gasoline Flammable Liquid U N 1203 (Unleaded) | 6601 | 9 | | | | |
| Gasoline Flammable Liquid U N 1203 (Plus) | | | | | | |
| Gasoline Flammable Liquid U N 1203 (Premium) | 1604 | | | | | |
| Fuel Oil Combustible Liquid NA 1993 (Diesel) | 3007 | | | | | |
| Fuel Oil Combustible Liquid NA 1223 (Kerosene) | | | | | | |
| Fuel Oil Combustible Liquid NA 1993 | | | | | | |
| | | | Ship Off Charge | | @ | |
| | | | DELAY CHARGE | | Hrs. @ | |
| | | | | TOTAL | | |

OFFICE USE ONLY

Loading Time Finish 910

Loading Time Start 835

Total Loading Time 35

Driver Chris Corey

Explain Delay Time:

Delivery Time Finish

Delivery Time Start 1028

Total Delivery Time

Customer's Signature For Products and Delay Charge ShenB

"DYED DIESEL FUEL, NONTAXABLE USE ONLY, PENALTY FOR TAXABLE USE"   CHEMTREC EMERGENCY TELEPHONE 1-800-424-9300

# DRIVERS DELIVERY INSTRUCTIONS

## TERMINAL OPERATIONS

| DATE | STATION NO. | DISPATCHER |
|---|---|---|
| 10-2-14 | 2415 Whitnall | |

### STATION/TRUCK READINGS

| ITEM | U/L REGULAR GAUGE | U/L REGULAR GROSS VOLUME | U/L PLUS GAUGE | U/L PLUS GROSS VOLUME | U/L PREMIUM GAUGE | U/L PREMIUM GROSS VOLUME | DIESEL GAUGE | DIESEL GROSS VOLUME |
|---|---|---|---|---|---|---|---|---|
| BEFORE UNLOADING IN STATION TANKS | 45 | 12064 | | | 48 | 5139 | 53 | 553.5 |
| IN TRUCK | 44 | 16601 | | | | 1604 | | 3003 |
| TOTAL [A] | | 15467 | | | | 6543 | | 8531 |
| STATION TANK STORAGE CAPACITY | | 20000 | | | | 10000 | | 10000 |
| CAN LOAD FIT? | YES / NO | | YES / NO | | YES / NO | | YES / NO | |
| AFTER UNLOADING IN STATION TANKS [B] | | | | | | | | |
| DIFFERENCE [A] / [B] | | | | | | | | |

**GRADE OF PRODUCT:** CAB

⑤ ④ ③ ② ①

---

**TERMINAL LOADING**
- ☐ Drain dry compartments.
- ☐ Place ID tags on appropriate compartment.
- ☐ Check Delivery Ticket quantities with Driver Delivery Instructions form.

**BEFORE UNLOADING AT STATION**
- ☐ Gauge tanks at station.
- ☐ Physically check that all station gauge caps are secure.
- ☐ Calculate inventory to be sure that the load will fit.
- ☐ Compare ID tags against Driver Delivery Instructions.

**UNLOADING AT STATION**
- ☐ Remove ID tags as compartments are finished.

Connect up Unloaded Regular first, Unloaded Plus next, and Unleaded Premium last. BE SURE TO MATCH ID COLOR TO FILL COLOR.

**AFTER UNLOADING AT STATION**
- ☐ Gauge station's tanks.
- ☐ Compare "Total," item A, figures with "After Unloading in Stations' Tanks," item B, figures.
- ☐ Report any discrepancy of ± 50 gal. to the terminal.

**DRIVER MUST**
- ☐ PICK UP ENVELOPE WITH CHECK AT STATION
- ☐ PICK UP CHECK - RED BOX ACCT. TYPE CHECK
- ☐ BRING BACK TANK READINGS
- ☐ EXTRA HOSE REQUIRED
- ☐ METERED TRUCK REQUIRED
- ADDITIONAL REQUIREMENTS:

DRIVERS REMARKS ON THIS DELIVERY

SEAL NUMBERS

VOLUME

DRIVER'S SIGNATURE

CUSTOMER'S SIGNATURE

# LIGHT OIL BILL OF LADING AND/OR PRODUCT RECEIPT

## NOT NEGOTIABLE

**FOR CHEMICAL EMERGENCY SPILL, LEAK,FIRE EXPOSURE OR ACCIDENT CALL CHEMTREC 800-424-9300 CITGO Petroleum Corp CCN 4986**

### SEE EMERGENCY RESPONSE, HEALTH AND PHYSICAL HAZARDS

| BOL NUMBER | 146858 |
| --- | --- |

RECEIVED BY CARRIER PER DRIVER _____ X CHRISTOPHER COREY

RECEIVED AT DESTINATION _____

| | | |
| --- | --- | --- |
| SUPPLYING TERMINAL: | CUSTOMER | PHONE NO: |
| 3110 - CITGO Petroleum Corp | | 781-843-2595 |
| 385 Quincy Avenue & Eastman St, | | |
| Braintree, MA 02184 | EPA #: 4046180 TON #: 70MA4155 SPLC #: 143330 TERMINAL | |

### D.O.T. HAZARDOUS MATERIAL DESCRIPTION

| HM | UN/NA Number | DOT Shipping Name | Hazard Group | Packing Group | GALLONS LOADED(DGL) |
| --- | --- | --- | --- | --- | --- |
| X | NA 1993 | DIESEL FUEL | 3 | PGIII, 1 cargo tank | 3003 |
| X | UN 1203 | GASOLINE | 3 | PGII, 1 cargo tank | 5208 |
| | | | | Total: | 11208 |

| | | |
| --- | --- | --- |
| CONSIGNEE: MARATHON PETROLEUM | SUPPLIER: 0151-MARATHON PETROLEUM | CARRIER: BREWER PETROLEUM |
| (SOLD TO) | COMPANY - | |
| COMPANY - FINDLAY | TAX LICENSE: | REBEL# |
| PETROLEUM | 271 LEE BURBANK HWY | SHIPS |
| MM DEL, WA | REVERE, MA 02151 | SCAC: BRPS |
| OH 45840 | DESIGNEE: HESS 2413MA DEL - | CARRIER FEIN: 04-1179070 TRAILER: BRPS 216 |
| POUOUT REF #: | | DRIVER CARD: 95475 |
| LOAD RACK: Bay1 | | DRIVER NAME: CHRISTOPHER COREY |
| LOAD START: 10/2/2014 08:40 | | VAPOR ID: |
| LOAD END: 10/2/2014 08:55 | | |

### FINISHED PRODUCT

| Product | Description | Gross (GL) | Net (GL) | API Temp(F) | OGT | RVP | Footnotes |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 13131 | 87 RFG, NON-VOC, 10% ETHANOL | 1099 | 1118 | 58.43 | 67 | 0 | 1.8,3 |
| 13232 | 87 RFG, NON-VOC, 10% ETHANOL | 1604 | 6051 | 59.65 | 88 | 0 | 1.8,3 |
| 13900 | MV Undyed 16 ppm Sulfur #2 Di | 3003 | 2985 | 36.6 | 85.6 | 0 | 2.4,5 |

| | |
| --- | --- |
| Distillates: | 3003 |
| Gasoline: | 7385 |
| Ethanol: | 822 |

1.This product contains 10% ethanol. Further ethanol blending is not advised.

2.No assigning Risk transferred to CITGO Petroleum Corp.

3.Reformulated Gasoline, Phase 2 - Non - VOC Controlled. MinMax standard:Benzene 1.3 Vol.% max. Contains 10 Vol.% denatured fuel ethanol.

4.  15 ppm sulfur (maximum) Undyed Ultra-Low Sulfur #2 Diesel fuel. For use in all diesel vehicles and engines.

5.All ULTRA LOW SULFUR DIESEL fuel sold from the CITGO BRAINTREE TERMINAL may contain up to 5% Biodiesel and 5% renewable diesel.

## EMERGENCY RESPONSE, HEALTH and PHYSICAL HAZARDS

GASOLINE.....UN1203 (ALL GRADES) DANGER!       HIGHLY FLAMMABLE, HARMFUL OR FATAL IF SWALLOWED
FUEL OIL.....NA1993 KEROSENE.....UN1223        FLAMMABLE LIQUID, HARMFUL OR FATAL IF SWALLOWED
FUEL, AVIATION.....UN1863 (TURBINE ENGINE)  DANGER !   FLAMMABLE LIQUID, DANGER!
ETHANOL.....UN1170 (DENATURED ETHANOL)  DANGER !   FLAMMABLE LIQUID, HARMFUL OR FATAL IF SWALLOWED

### POTENTIAL HAZARDS

PIPE OR EXPLOSION
•HIGHLY FLAMMABLE will be easily ignited by heat, sparks or flames. •Vapors may form explosive mixtures with air. •Vapors may travel to source of ignition and flash back. •Most vapors are heavier than air. They will spread along ground and collect in low or confined areas (sewers, basements, tanks). •Vapor explosion hazard indoors, outdoors or in sewers. •Runoff to sewer may create fire or explosion hazard.

HEALTH
•Fire may produce irritating, corrosive and/or toxic gases. •Vapors may cause dizziness or suffocation. •Runoff from fire control or dilution water may cause pollution.

### PUBLIC SAFETY (CALL EMERGENCY RESPONSE TELEPHONE NUMBER 800-424-9300)

•Isolate spill or leak area immediately for at least 50 to 50 meters(50 to 160 feet) in all directions. •Keep unauthorized personnel away. •Stay upwind. •Keep out of low areas. •Ventilate closed spaces before entering.

PROTECTIVE CLOTHING
Large Spills: •Consider initial downwind evacuation for at least 300 meters(1000 feet)
EVACUATION
FIRE: •If tank, car or tank truck is involved in a fire, ISOLATE for 800 meters (1/2 mile) in all directions; also, consider initial evacuation for 800 meters (1/2 mile) in all directions.

### EMERGENCY RESPONSE

FIRE
Small Fires: •Dry chemical, CO₂, water spray or regular foam. Alcohol resistant is required for ethanol(Denatured Alcohol).
Large Fires: •Water spray, fog or foam. •Do not use straight streams. •Move containers from fire area if you can do it without risk.

SPILL OR LEAK
•ELIMINATE all ignition sources (no smoking, flares, sparks or flames in immediate area). •All equipment used when handling the product must be grounded. •Do not touch or walk through spilled material. •Stop leak if you can do it without risk. •Prevent entry into waterways, sewers, basements or confined areas. •Vapor suppressing foam may be used to reduce vapors. •Absorb or cover with dry earth, sand or other non-combustible material, transfer to containers. •Use clean non-sparking tools to collect absorbed material.

FIRST AID
•Move to fresh air. •Call Emergency medical care. •Administer oxygen if breathing is difficult. •Remove and isolate contaminated clothing and shoes. •In case of contact with substance, immediately flush skin or eyes with running water for at least 20 minutes. •Wash skin with soap and water. •Keep victim warm and quiet. •Ensure that medical personnel are aware of the material(s) involved, and take precautions to protect themselves.

It is to certify that the herein-named     For when this instrument constitutes a Bill of Lading, the property described herein, in
materials are properly classified,     apparent good order, is received by the carrier shown herein, which carrier agrees to
packaged, marked and     transport to the consignee and destination shown herein subject to the terms and
labeled, and are in proper condition for     legally on file. It is further agreed by the carrier that the transportation of the carrier's liability
transportation according to the     shall be subject to all the terms and conditions of the carrier's uniform
applicable regulations of the     date of issue of this Bill of Lading. In the absence of a special contract,
Department of Transportation.     continue to the contract between the carrier and the consignee(s) or shipper on the
     basis of the special contract between them, subject to the terms and
Any gas(es) listed below in     compliance with the applicable
section 211(1) of the Clean Air Act     will be performed in compliance with all applicable rules, Regulations and Laws.
has been additized in accordance     Except when included as Shipper,
with requirements specified under     Supplier assumes no liability for freight
     and other charges, Shipper or its
     designee is liable for freight and other
     charges. Destination, if shown is
     designated by the Shipper.

# BREWER PETROLEUM SERVICE, INC.

271 Lee Burbank Highway
Revere, Massachusetts 02151
781/284-4770 — Fax (781) 289-6984

A383484

Date 10-3-14

CONSIGNEE: BE_t_JoE

SHIPPER'S NAME: Marathon

DESTINATION: #2415 Whitensville r
Eureville r

SHIPPED FROM: Exxon

CUSTOMER'S ORDER NO.: Wei.d

LOADING TICKET NO.: 1493412

| | GALS. | TEMP. | OFFICE USE ONLY | | |
|---|---|---|---|---|---|
| | | | | RATE | AMOUNT |
| Gasoline Flammable Liquid U N 1203 (Unleaded) | 1090 | @ | Gallons | | |
| Gasoline Flammable Liquid U N 1203 (Plus) | | | | | |
| Gasoline Flammable Liquid U N 1203 (Premium) | 1399 | @ | ENTERED | | |
| Fuel Oil Combustible Liquid NA 1993 (Diesel) | | | Toll  @ | | |
| Fuel Oil Combustible Liquid NA 1993 (Kerosene) | | | Stop Off Charge @ | | |
| Fuel Oil Combustible Liquid NA 1993 | | | DELAY CHARGE  Hrs. @ | | |
| | | | TOTAL | | |

Loading Time Finish: 1200

Loading Time Start: 1115

Total Loading Time: 45

Driver: Bibms Sinn

Delivery Time Finish: 210

Delivery Time Start: 125

Total Delivery Time: 45

Customer's Signature
For Products and Delay
Charge: Giamad Olruin

Explain Delay Time: _____

DYED DIESEL FUEL, NONTAXABLE USE ONLY, PENALTY FOR TAXABLE USE"   CHEMTREC EMERGENCY TELEPHONE 1-800-424-9300

# DRIVERS DELIVERY INSTRUCTIONS

## TERMINAL OPERATIONS

**DATE** 10-3-14  **STATION NO.** Whitesville  **DISPATCHER** Chart

### TERMINAL LOADING

| | ☑ |
|---|---|
| Drain dry compartments. | ☑ |
| ID tags on appropriate compartment. | ☑ |
| Check Delivery Ticket quantities with Driver Delivery Instructions Form. | ☑ |

### BEFORE UNLOADING AT STATION

| | ☑ |
|---|---|
| Gauge tanks at station. | ☑ |
| Physically check that all station gauge caps are secure. | ☑ |
| Calculate inventory to be sure that the load will fit. | ☑ |
| Compare ID tags against Driver Delivery Instructions. | ☑ |

### UNLOADING AT STATION

Connect up Unleaded Regular first, Unleaded Plus next, and Unleaded Premium last. BE SURE TO MATCH ID COLOR TO FILL COLOR.  ☑

Remove ID tags as compartments are finished.  ☑

### AFTER UNLOADING AT STATION

Gauge station's tanks. ☐
Compare "Field" item A, figures with "After Unloading In Stations' Tanks," item B, figures. ☐
Report any discrepancy of ± 50 gal. to the terminal. ☐

### STATION/TRUCK READINGS

| ITEM | U/L REGULAR GAUGE | U/L REGULAR GROSS VOLUME | U/L PLUS GAUGE | U/L PLUS GROSS VOLUME | U/L PREMIUM GAUGE | U/L PREMIUM GROSS VOLUME | DIESEL GAUGE | DIESEL GROSS VOLUME |
|---|---|---|---|---|---|---|---|---|
| BEFORE UNLOADING IN STATION TANKS | 28 | 5001 | | | 54 | 6025 | | |
| IN TRUCK | 27 | 10901 | | | | 1399 | | |
| TOTAL [A] | | 15920 | | | | 7424 | | |
| STATION TANK STORAGE CAPACITY | | 19450 | | | | 9700 | | |
| CAN LOAD FIT? | YES ☑ NO | | YES ☐ NO | | YES ☑ NO | | YES ☐ NO | |
| AFTER UNLOADING IN STATION TANKS [B] | | 15490 | | | | 7404 | | |
| DIFFERENCE [A]/[B] | | | | | | | | |

| | 5 | 4 | 3 | 2 | 1 | | CAB |
|---|---|---|---|---|---|---|---|
| | A | A | R | R | | | |
| | 5001 | 1300 | 1399 | 2500 | 3600 | | 12300 |

**GRADE OF PRODUCT**  CAB  **VOLUME** 12300

### DRIVER MUST

| | |
|---|---|
| ☐ | PICK UP ENVELOPE WITH CHECK AT STATION |
| ☐ | PICK UP CHECK - RED BOX ACCT. TYPE CHECK |
| ☐ | BRING BACK TANK READINGS |
| ☐ | EXTRA HOSE REQUIRED |
| ☐ | METERED TRUCK REQUIRED |

ADDITIONAL REQUIREMENTS:

**DRIVERS REMARKS ON THIS DELIVERY**

**DRIVER'S SIGNATURE** Bob Marten

**CUSTOMER'S SIGNATURE** Emma Brown

**SEAL NUMBERS**

FOR PRODUCT EMERGENCY - SPILL, LEAK, FIRE OR EXPOSURE, CALL CHEMTREC 800-424-9300 DAY OR NIGHT

UN1203, Gasoline, 3, P.G. II

12300 GALLONS

SEE REVERSE SIDE FOR HAZARDOUS WARNING, INITIAL EMERGENCY RESPONSE GUIDE AND OTHER INFORMATION

SOLD TO:
MARATHON PETROLEUM COMPANY LP
539 SOUTH MAIN STREET
FINDLAY, OH. 45840

SOLD TO/ CONTRACT #: 0000173531

DEL. DATE

SHIP TO #: 0000332516

PO #

EDI #: 23052860220100

TRNS CODE: 533

SHIP TO:
2415 - H#21220-1144 PROVIDENCE ROAD
2415 - H#21220-1144 PROVIDENCE ROAD
WHITINSVILLE, MA 015882141

LOAD IN/ DATE: 11:37 10/03/14

LOAD OUT/ DATE: 11:51 10/03/14

ENTERED

PLANT ID #: 000000F

FOLIO #: 10/003

BOL #: 1493412

SHIPMENT ORIGIN:
52 Beacham St
Everett MA 02149

TRANSFEROR:
ExxonMobil Oil Corporation
3225 Gallows Road
Fairfax, VA 22037-0001
EPA Facility Reg. #435081690

EPA #: 4343

FEIN #: 13-5401570

| METER # | MATERIAL # | MATERIAL DESCRIPTION | GROSS | TEMP. | GRAVITY | NET |
|---|---|---|---|---|---|---|
| Bay-06 | 101370 | 93 OCT RFG 3.5W%02 ETOH GENADD. | 1399 | 57.9 | 57.3 | 1402 |
| 02-01 | 101146 | 93 OCT RBOB. | 1263 | | | 1266 |
| 02-02 | 106268 | ETHANOL,NO RINS TRANSFERRED. | 135 | | | 136 |
| Bay-06 | 101381 | 87 OCT RFG 3.5W%02 ETOH GENADD. | 4800 | 61.6 | 60.8 | 4795 |
| 03-01 | 100945 | 87 OCT RBOB. | 4334 | | | 4331 |
| 03-02 | 106268 | ETHANOL,NO RINS TRANSFERRED. | 466 | | | 464 |
| Bay-06 | 101381 | 87 OCT RFG 3.5W%02 ETOH GENADD. | 6101 | 61.7 | 60.8 | 6093 |
| 01-01 | 100945 | 87 OCT RBOB. | 5509 | | | 5503 |
| 01-03 | 106268 | ETHANOL,NO RINS TRANSFERRED. | 592 | | | 590 |
| | | Total Gallons: 1 TANK TRUCK | 12300 | | | 12290 |

THIS PRODUCT IS REFORMULATED GASOLINE, CONTAINING DETERGENT ADDITIVE.
NON-VOC CONTROLLED,BENZENE 1.3 VOL.%MAX. E10: CONTAINS BETWEEN 9 AND 10 VOL %
ETHANOL:
E10: CONTAINS BETWEEN 9 AND 10 VOL% ETHANOL.
"This volume of neat or blended ethanol is designated and intended for use as transportation fuel or jet fuel in the 48 U.S. contiguous states and Hawaii. Any person exporting this fuel is subject to the requirements of 40 CFR 80.1430."
Gasoline: Danger. Extremely flammable. Causes skin and respiratory tract irritation. May cause serious or fatal lung damage. Contains benzene and ethylbenzene. May cause cancer, blood related disorders, and nervous system damage.

SEQ #: 9384

GASOLINE IS IN COMPLIANCE WITH APPLICABLE RVP STANDARDS

DRIVER: ROBERT MCGINNIS

DRIVER #: 1953

SCAC: BRPS

FEIN #: 0041117970

TRUCK: TRAILER 1: 208

CARRIER:
?ER PETROLEUM SERVICE INC (781)284-4770
271 LEE BURBANK HWY
REVERE, MA 02151-4061

FREIGHT: COLLECT

Carrier has loaded and accepted the above-named materials and certifies that the container supplied for this shipment is a proper container for the transportation of this commodity under D.O.T. regulations and driver acknowledges Emergency Response Guide Information received on reverse side of this document.

DATE: 10/03/14

DRIVER/AGENT SIGNATURE:

COPY 3

FCO-619 (01/14)

6

# EMERGENCY RESPONSE INFORMATION (49 CFR 172.602)

(See Material Safety Data Sheet for additional information)

| SHIPPING NAME | ID # | HAZARD CLASS | P.G. |
|---|---|---|---|
| Gasoline | UN 1203 | 3 | II |
| Ethyl Alcohol | NA 1987 | 3 | II |
| Gasohol | UN 1170 | 3 | II |
| Fuel, Aviation, Turbine Engine | UN 1863 | Combustible Liquid | III |
| Diesel Fuel | NA 1993 | Combustible Liquid | III |
| Kerosene | UN 1223 | Combustible Liquid | III |
| Fuel Oil | NA 1993 | Combustible Liquid | III |

## POTENTIAL HAZARDS

### Fire Or Explosion

- HIGHLY FLAMMABLE: Will be easily ignited by heat, sparks or flames.
- Vapors may form explosive mixture with air.
- Vapors may travel to source of ignition and flash back.
- Most vapors are heavier than air. They will spread along ground and collect in low or confined areas (sewers, basements, tanks).
- Vapor explosion hazard indoors, outdoors or in sewers.
- Some may polymerize (?) explosively when heated or involved in a fire.
- Runoff to sewer may create fire or explosion hazard.
- Containers may explode when heated.
- Many liquids are lighter than water.
- Substance may be transported hot.

### Health

- Inhalation or contact with material may irritate or burn skin and eyes.
- Fire may produce irritating, corrosive and/or toxic gases.
- Vapors may cause dizziness or suffocation.
- Runoff from fire control or dilution water may cause pollution.

## PUBLIC SAFETY

- Call Emergency Response Telephone Number on the front end of this Shipping Paper first. If shipping paper not available or no answer, refer to appropriate telephone numbers listed in your area (Fire, Police, etc).
- Isolate spill or leak immediately for at least 25 to 50 meters (80 to 160 feet) in all directions.
- Keep unauthorized personnel away.
- Stay upwind.
- Keep out of low areas.
- Ventilate closed spaces before entering.

### Protective Clothing

- Wear positive pressure self-contained breathing apparatus (SCBA).
- Structural firefighters' protective clothing will only provide limited protection.

### Evacuation

#### Large Spill

- Consider initial downwind evacuation for at least 300 meters (1000 feet).

#### Fire

- If tank, rail car or tank truck is involved in a fire, ISOLATE for 800 meters (1/2 mile) in all directions; also, consider initial evacuation for 800 meters (1/2 mile) in all directions.

## EMERGENCY RESPONSE

### Fire

CAUTION: All these products have a very low flash point: Use of water spray when firefighting may be inefficient.

#### Small Fires

Dry chemical, CO2, water spray or regular foam.

#### Large Fires

- Water spray, fog or regular foam.
- Do not use straight streams.
- Move containers from fire area if you can do it without risk.

#### Fires Involving Tanks or Car/Trailer Loads

- Fight fire from maximum distance or use unmanned hose holders or monitor nozzles.
- Cool containers with flooding quantities of water until well after fire is out.
- Withdraw immediately in case of rising sound from venting safety devices or discoloration of tank.
- ALWAYS stay away from the ends of tank.
- For massive fire use unmanned hose holders or monitor nozzles; if this is impossible, withdraw from area and let fire burn.

### Spill Or Leak

- ELIMINATE all ignition sources (no smoking, flares, sparks or flames in immediate area).
- All equipment used when handling the product must be grounded.
- Do not touch or walk through spilled material.
- Stop leak if you can do it without risk.
- Prevent entry into waterways, sewers, basements or confined areas.
- A vapor suppressing foam may be used to reduce vapors.
- Absorb or cover with dry earth, sand or other non-combustible material and transfer to containers.
- Use clean non-sparking tools to collect absorbing material.

#### Large Spills

- Dike far ahead of liquid spill for later disposal.
- Water spray may reduce vapor, but may not prevent ignition in closed spaces.

### First Aid

- Move victim to fresh air.
- Call emergency medical care.
- Apply artificial respiration if victim is not breathing.
- Administer oxygen if breathing is difficult.
- Remove and isolate contaminated clothing and shoes.
- In case of contact with substance, immediately flush skin or eyes with running water for at least 20 minutes.
- Wash skin with soap and water.
- Keep victim warm and quiet.
- Ensure that medical personnel are aware of the material(s) involved, and take precautions to protect themselves.

---

## BILL OF LADING INFORMATION

This shipment is governed, if-via contract carrier, or if by common carrier, by the applicable contract or if by the National Motor Freight Classification uniform bill of lading in effect in shipment date if applicable, or by such other bill of lading form or conditions as may be prescribed by governmental authority.

IF THIS DOCUMENT EVIDENCES A DELIVERY INTO CONSIGNEE'S TRUCK OR INTO CONSIGNEE'S SHIPPER'S TRUCK, IT IS NOT A BILL O LADING, BUT CONSIGNEE'S RECEIPT FOR THE DELIVERY.

# BREWER PETROLEUM SERVICE, INC.

271 Lee Burbank Highway
Revere, Massachusetts 02151
781/284-4770 – Fax (781) 289-6984

B 135 T 205

Date 10-4-14

A383486

CONSIGNEE: Hess

DESTINATION: 2415 Whitensville

SHIPPER'S NAME: Woodburn Rd

SHIPPED FROM: Sxon Eucette m

CUSTOMER'S ORDER NO.

LOADING TICKET NO. 1493605

| | GALS. | TEMP | | OFFICE USE ONLY | | |
|---|---|---|---|---|---|---|
| | | | | Gallons | RATE | AMOUNT |
| Gasoline Flammable Liquid U N 1203 (Unleaded) | 13491 | Ø | | | | |
| Gasoline Flammable Liquid U N 1203 (Plus) | | | | | | |
| Gasoline Flammable Liquid U N 1203 (Premium) | 1000 | Ø | | | | |
| Fuel Oil Combustible Liquid NA 1993 (Diesel) | | | Toll | | | |
| Fuel Oil Combustible Liquid NA 1993 (Kerosene) | | | Stop Off Charge | @ | | |
| Fuel Oil Combustible Liquid NA 1993 | | | DELAY CHARGE | Hrs. @ | | |
| | | | | | TOTAL | |

| | | | |
|---|---|---|---|
| Loading Time Finish | 1130 | Delivery Time Finish | |
| Loading Time Start | 1845 | Delivery Time Start | 1:00 |
| Total Loading Time | 45 | Total Delivery Time | |
| Bob McSwim | | Customer's Signature For Products and Delay Charge | X Ben Ro |

Explain Delay Time:

"DYED DIESEL FUEL, NONTAXABLE USE ONLY, PENALTY FOR TAXABLE USE"    CHEMTREC EMERGENCY TELEPHONE 1-800-424-9300

# DRIVERS DELIVERY INSTRUCTIONS

**TERMINAL OPERATIONS**

**DATE:** 10-4-14  **STATION NO.** Lawrenceville / Truck  **DISPATCHER**

| TERMINAL LOADING | | |
|---|---|---|
| Drain dry compartment. | ☑ | |
| Place ID tags on appropriate compartment. | ☑ | |
| Check Delivery Ticket quantities with Driver Delivery Instructions Form. | ☑ | |

**BEFORE UNLOADING AT STATION**
- ☑ Gauge tanks at station.
- ☑ Visually check that all station gauge caps are in place.
- ☑ Calculate inventory to be sure that the load will fit.
- ☑ Compare ID tags against Driver Delivery Instructions.

**UNLOADING AT STATION**
- ☑ Connect up Unleaded Regular first, Unleaded Plus next, and Unleaded Premium last. BE SURE TO MATCH ID COLOR TO FILL COLOR.
- ☑ Remove ID tags as compartments are finished.

**AFTER UNLOADING AT STATION**
- ☑ Gauge station's tanks.
- ☑ Compare "Total" item A, figures with "After Unloading In Stations' Tanks," item B, figures.
- ☐ Report any discrepancy of ± 50 gal. to the terminal.

| ITEM | STATION/TRUCK READINGS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **U/L REGULAR** | | **U/L PLUS** | | **U/L PREMIUM** | | **DIESEL** | | | |
| | GAUGE | GROSS VOLUME | GAUGE | GROSS VOLUME | GAUGE | GROSS VOLUME | GAUGE | GROSS VOLUME | | |
| BEFORE UNLOADING IN STATION TANKS | 33 / 24 | 558 | | | 56 | 663 | | | | |
| IN TRUCK | | 10401 | | | | 1800 | | | | |
| TOTAL [A] | | 15959 | | | | 2413 | | | | |
| STATION TANK STORAGE CAPACITY | | 10404 | | | | 2027 | | | | |
| CAN LOAD FIT? | | YES ✓ NO | | YES NO | | YES NO | | YES NO | | |
| AFTER UNLOADING IN STATION TANKS [B] | | 1551 | | | | 815 | | | | |
| DIFFERENCE [A] / [B] | | | | | | | | | | |

|  | 5 | 4 | 3 | 2 | 1 | GRADE OF PRODUCT |
|---|---|---|---|---|---|---|
| | | | | | | CAB |
| | 3001 | 1800 | 1600 | 2500 | 2600 | 13.20 VOLUME |

**DRIVER MUST**
- ☐ PICK UP ENVELOPE WITH CHECK AT STATION
- ☐ PICK UP CHECK - RED BOX ACCT. TYPE CHECK
- ☐ BRING BACK TANK READINGS
- ☐ EXTRA HOSE REQUIRED
- ◉ METERED TRUCK REQUIRED
- ADDITIONAL REQUIREMENTS:

**DRIVERS REMARKS ON THIS DELIVERY**

**DRIVER'S SIGNATURE**

**CUSTOMER'S SIGNATURE**

**SEAL NUMBERS**

FOR PRODUCT EMERGENCY - SPILL, LEAK, FIRE OR EXPOSURE, CALL CHEMTREC 800-424-9300 DAY OR NIGHT

UN1203, Gasoline, 3, P.G. II

12201 GALLONS

SEE REVERSE SIDE FOR HAZARDOUS WARNING, INITIAL EMERGENCY RESPONSE GUIDE AND OTHER INFORMATION

SOLD TO:
MARATHON PETROLEUM COMPANY LP
539 SOUTH MAIN STREET
FINDLAY, OH 45840

SOLD TO/ CONTRACT #: 0000173531

DEL. DATE

SHIP TO #: 0000295516

PO #

EDI #: 23052860230100

TRNS CODE: 533

SHIP TO:
2415 - H#21220-1144 PROVIDENCE ROAD
2415 - H#21220-1144 PROVIDENCE ROAD
WHITINSVILLE, MA 015882141

LOAD IN/ DATE: 11:19 10/04/14

LOAD OUT/ DATE: 11:33 10/04/14

PLANT ID #: 00000DF

FOLIO #: 10/004

BOL #: 1483505

SHIPMENT ORIGIN:
52 Beacham St
Everett MA 02149

TRANSFEROR:
ExxonMobil Oil Corporation
3225 Gallows Road
Fairfax, VA 22037-0001
EPA Facility Reg. #435081690

EPA #: 4343

FEIN #: 13-5401570

| METER # | MATERIAL # | MATERIAL DESCRIPTION | GROSS | TEMP. | GRAVITY | NET |
|---|---|---|---|---|---|---|
| Bay-05 | 101370 | 93 OCT RFG 3.5W%02 ETOH GENADD. | 1800 | 58.0 | 57.3 | 1802 |
| 02-01 | 101146 | 93 OCT RBOB. | 1625 | | | 1628 |
| 02-02 | 106268 | ETHANOL,NO RINS TRANSFERRED. | 175 | | | 174 |
| Bay-05 | 101381 | 87 OCT RFG 3.5W%02 ETOH GENADD. | 5201 | 60.5 | 60.8 | 5199 |
| 03-01 | 100845 | 87 OCT RBOB. | 4696 | | | 4696 |
| 03-02 | 106268 | ETHANOL,NO RINS TRANSFERRED. | 505 | | | 503 |
| Bay-05 | 101381 | 87 OCT RFG 3.5W%02 ETOH GENADD. | 5200 | 60.7 | 60.8 | 5198 |
| 01-01 | 100845 | 87 OCT RBOB. | 4696 | | | 4696 |
| 01-03 | 106268 | ETHANOL,NO RINS TRANSFERRED. | 504 | | | 502 |
| | | Total Gallons: 1 TANK TRUCK | 12201 | | | 12199 |

THIS PRODUCT IS REFORMULATED GASOLINE CONTAINING DETERGENT ADDITIVE.
NON-VOC CONTROLLED BENZENE 1.3 VOL.%MAX. E10: CONTAINS BETWEEN 9 AND 10 VOL % ~~ETHANOL.~~
E10: CONTAINS BETWEEN 9 AND 10 VOL% ETHANOL.
"This volume of neat or blended ethanol is designated and intended for use as transportation fuel or jet fuel in the 48 U.S. contiguous states and Hawaii. Any person exporting this fuel is subject to the requirements of 40 CFR 80.1430."
Gasoline: Danger. Extremely flammable. Causes skin and respiratory tract irritation. May cause serious or fatal lung damage. Contains benzene and ethylbenzene. May cause cancer, blood related disorders, and nervous system damage.

Entered

SEQ #: 9702

~~GASOLINE IS IN COMPLIANCE WITH APPLICABLE RVP STANDARDS~~

DRIVER: ROBERT MCGINNIS

TRUCK:

DRIVER #: 1953

TRAILER 1: 208

SCAC: BRPS

FEIN #: 0041117070

CARRIER:
BREWER PETROLEUM SERVICE INC (781)284-4770
LEE BURBANK HWY
ERE, MA 02151-4061

FREIGHT: COLLECT

Carrier has loaded and accepted the above-named materials and certifies that the container supplied for this shipment is a proper container for the transportation of this commodity under D.O.T. regulations and driver acknowledges Emergency Response Guide Information received on reverse side of this document.

DATE: 10/04/14

DRIVER/AGENT SIGNATURE:

COPY 3

FCO-619 (01/14)

6n

# EMERGENCY RESPONSE INFORMATION (49 CFR 172.602)

(See Material Safety Data Sheet for additional information)

| SHIPPING NAME | I.D. # | HAZARD CLASS | P.G. |
|---|---|---|---|
| Gasoline | UN 1203 | 3 | II |
| Gasohol | NA 1203 | 3 | II |
| Ethyl Alcohol | UN 1170 | 3 | II |
| Fuel, Aviation, Turbine Engine | UN 1863 | Combustible Liquid | III |
| Diesel Fuel | NA 1993 | Combustible Liquid | III |
| Kerosene | UN 1223 | Combustible Liquid | III |
| Fuel Oil | NA 1993 | Combustible Liquid | III |

## POTENTIAL HAZARDS

### Fire Or Explosion

- HIGHLY FLAMMABLE: Will be easily ignited by heat, sparks or flames.
- Vapors may form explosive mixture with air.
- Vapors may travel to source of ignition and flash back.
- Most vapors are heavier than air. They will spread along ground and collect in low or confined areas (sewers, basements, tanks).
- Vapor explosion hazard indoors, outdoors or in sewers.
- Some may polymerize (P) explosively when heated or involved in a fire.
- Runoff to sewer may create fire or explosion hazard.
- Containers may explode when heated.
- Many liquids are lighter than water.
- Substance may be transported hot.

### Health

- Inhalation or contact with material may irritate or burn skin and eyes.
- Fire may produce irritating, corrosive and/or toxic gases.
- Vapors may cause dizziness or suffocation.
- Runoff from fire control or dilution water may cause pollution.

## PUBLIC SAFETY

- Call Emergency Response Telephone Number on the front side of this Shipping Paper first. If Shipping paper not available or no answer, refer to appropriate telephone numbers listed in your area (Fire, Police, etc.).
- Isolate spill or leak immediately for at least 25 to 50 meters (80 to 160 feet) in all directions.
- Keep unauthorized personnel away.
- Stay upwind.
- Keep out of low areas.
- Ventilate closed spaces before entering.

### Protective Clothing

- Wear positive pressure self-contained breathing apparatus (SCBA).
- Structural firefighters' protective clothing will only provide limited protection.

### Evacuation

**Large Spill**

- Consider initial downwind evacuation for at least 300 meters (1000 feet).

**Fire**

- If tank, rail car or tank truck is involved in a fire, ISOLATE for 800 meters (1/2 mile) in all directions; also, consider initial evacuation for 800 meters (1/2 mile) in all directions.

## EMERGENCY RESPONSE

### Fire

**CAUTION: All these products have a very low flash point: Use of water spray when firefighting may be inefficient.**

**Small Fires**

- Dry chemical, CO2, water spray or regular foam.

**Large Fires**

- Water spray, fog or regular foam.
- Do not use straight streams.
- Move containers from fire area if you can do it without risk.

**Fires Involving Tanks or Car/Trailer Loads**

- Fight fire from maximum distance or use unmanned hose holders or monitor nozzles.
- Cool containers with flooding quantities of water until well after fire is out.
- Withdraw immediately in case of rising sound from venting safety devices or discoloration of tank.
- ALWAYS stay away from the ends of tank.
- For massive fire use unmanned hose holders or monitors nozzles; if this is impossible, withdraw from area and let fire burn.

### Spill or Leak

- ELIMINATE all ignition sources (no smoking, flares, sparks or flames in immediate area).
- All equipment used when handling the product must be grounded.
- Do not touch or walk through spilled material.
- Stop leak if you can do it without risk.
- A vapor suppressing foam may be used to reduce vapors.
- Absorb or cover with dry earth, sand or other non-combustible material and transfer to containers.
- Use clean non-sparking tools to collect absorbed material.

**Large Spills**

- Dike far ahead of liquid spill for later disposal.
- Water spray may reduce vapor, but may not prevent ignition in closed spaces.

### First Aid

- Move victim to fresh air.
- Call emergency medical care.
- Apply artificial respiration if victim is not breathing.
- Administer oxygen if breathing is difficult.
- Remove and isolate contaminated clothing and shoes.
- In case of contact with substance, immediately flush skin or eyes with running water for at least 20 minutes.
- Wash skin with soap and water.
- Keep victim warm and quiet.
- Ensure that medical personnel are aware of the material(s) involved, and take precautions to protect themselves.

---

## BILL OF LADING INFORMATION

This shipment is governed, if-via contract carrier, by the applicable contract or if by common carrier, by the National Motor Freight Classification uniform bill of lading in effect on shipment date or by such other rail bill of lading form or conditions or conditions as may be prescribed by governmental authority.

**IF THIS DOCUMENT EVIDENCES A DELIVERY INTO SHIPPER'S TRUCK OR INTO CONSIGNEE'S TRUCK, IT IS NOT A BILL, O LADING, BUT CONSIGNEE'S RECEIPT FOR THE DELIVERY.**

# BREWER PETROLEUM SERVICE, INC.

271 Lee Burbank Highway
Revere, Massachusetts 02151
781/284-4770 — Fax (781) 289-6984

A415822

B-158-186

CONSIGNEE: S. Reedway

DESTINATION: WIGHTMANSVILL @ 2415   Date: 10-6-14

SHIPPER'S NAME: MARATHON

SHIPPED FROM: REVERE - GLOBAL

CUSTOMER'S ORDER NO.: 426390

LOADING TICKET NO.: 

| | GALS. | WATER | OFFICE USE ONLY | | |
|---|---|---|---|---|---|
| | | | | Gallons | |
| Gasoline Flammable Liquid II N 1203 (Unleaded) | 11500 | 0 | | | |
| Gasoline Flammable Liquid U N 1203 (Plus) | | | | | |
| Gasoline Flammable Liquid U N 1203 (Premium) | | | | RATE | AMOUNT |
| Fuel Oil Combustible Liquid NA 1993 (Diesel) | | | | | |
| Fuel Oil Combustible Liquid NA 1223 (Kerosene) | | | Toll | @ | |
| Fuel Oil Combustible Liquid NA 1993 | | | Stop Off Charge | | |
| | | | DELAY CHARGE | Hrs. @ | |
| | | | | TOTAL | |

Delivery Time Finish: 

Delivery Time Start: 

Total Delivery Time: 

Customer's Signature
For Products and Delay
Charge: SHENUB

Loading Time Finish: 825

Loading Time Start: 520

Total Loading Time: 

Driver: 

Explain Delay Time: 

"DYED DIESEL FUEL, NONTAXABLE USE ONLY, PENALTY FOR TAXABLE USE"   CHEMTREC EMERGENCY TELEPHONE 1-800-424-9300

# DRIVERS DELIVERY INSTRUCTIONS
## TERMINAL OPERATIONS

**DATE** 10-6-14  **STATION NO.** 2415  **DISPATCHER** CM

Top right margin handwritten: 64

### TERMINAL LOADING
- ☐ Drain dry compartments.
- ☐ Place ID tags on appropriate compartment.
- ☐ Check Delivery Ticket quantities with Driver Delivery Instructions Form.

### BEFORE UNLOADING AT STATION
- ☐ Gauge tanks at station.
- ☐ Physically check that all station gauge caps are secure.
- ☐ Calculate inventory to be sure that the load will fit.
- ☐ Compare ID tags against Driver Delivery Instructions.

### UNLOADING AT STATION
- ☐ Connect up Unloaded Regular first, Unloaded Plus next, and Unloaded Premium last. BE SURE TO MATCH ID COLOR TO FILL COLOR.
- ☐ Remove ID tags as compartments are finished.

### AFTER-UNLOADING AT STATION
- ☐ Gauge station's tanks.
- ☐ Compare "Totals" item A, figures with "After Unloading in Stations' Tanks," item B, figures.
- ☐ Report any discrepancy of ± 50 gal. to the terminal.

### DRIVER MUST
- ☐ PICK UP ENVELOPE WITH CHECK AT STATION
- ☐ PICK UP CHECK - RED BOX ACCT. TYPE CHECK
- ☐ BRING BACK TANK READINGS
- ☐ EXTRA HOSE REQUIRED
- ☐ METERED TRUCK REQUIRED

**ADDITIONAL REQUIREMENTS:** BOL # 426390

### STATION/TRUCK READINGS

| ITEM | U/L REGULAR GAUGE | U/L REGULAR GROSS VOLUME | U/L PLUS GAUGE | U/L PLUS GROSS VOLUME | U/L PREMIUM GAUGE | U/L PREMIUM GROSS VOLUME | DIESEL GAUGE | DIESEL GROSS VOLUME |
|---|---|---|---|---|---|---|---|---|
| BEFORE UNLOADING IN STATION TANKS | 73 | 1865 | | | | | | |
| IN TRUCK | | 11500 | | | | | | |
| TOTAL [A] | | 13465 | | | | | | |
| STATION TANK STORAGE CAPACITY | | 13888 | | | | | | |
| CAN LOAD FIT? | | YES ☐ NO ☐ | | YES ☐ NO ☐ | | YES ☐ NO ☐ | | YES ☐ NO ☐ |
| AFTER UNLOADING IN STATION TANKS [B] | 54 | 13053 | | | | | | |
| DIFFERENCE [A]/[B] | | 412 | | | | | | |

**DRIVERS REMARKS IN THIS DELIVERY**

| 5 | 4 | 3 | 2 | 1 | GRADE OF PRODUCT |
|---|---|---|---|---|---|
| NC | NC | NC | NC | NC | CAB |
| 3000 | 1300 | 1600 | 2000 | 3600 | VOLUME |

**DRIVER'S SIGNATURE**

**CUSTOMER'S SIGNATURE**

**SEAL NUMBERS**

Chemtrec Customer Number CCN202096
Emergency Response Information provider - Chemtrec 800-424-9300
or by phone at 781-854-8800
Updated Material Safety Data Sheets are available at www.globalp.com

| PRODUCT CODE | PRODUCT NAME | OCT. | TEMP. | GRAVITY | GROSS GALLONS | NET GALLONS |
|---|---|---|---|---|---|---|
| 0274 | RFG 87 OCT 10% ETHANOL WINTER | 87 | 65.5 | 55.25 | 11500 | 11459 |
| UN1203, GASOLINE, 3, PG II | | | | | | |

SHIPPER : MARATHON PETROLEUM CO LP     TERMINAL : GLOBAL REVERE TERMINAL     LOAD SPOT :4

140 Lee Burbank Hwy
Revere, MA 02151
EPA ENTITY # 4069
EPA FACILITY #82286

| TERM.NO. | MANIFEST NO. | DATE | CUSTOMER NO. | DRIVER NO. | CARRIER |
|---|---|---|---|---|---|
| 1500 | 426390 | START :10/06/2014 05:44 | 2415 | 22962 | BRPS |
| | | FINISH :10/06/2014 06:06 | | | Brewer Petroleum Service, |

| TRUCK NO. | TRUCK LICENSE NO. | TRAILER NO. | TRAILER LICENSE NO. |
|---|---|---|---|
| | | 00185 | |

DESTINATION     HESS # 2415 (H# 21220) / 2415     ACCT # 6904462     PO #
1144 PROVIDENCE ROAD
WHITINSVILLE, MA

Power, Kevin

SIGNATURE OF DRIVER

V I M

FOR PRODUCT EMERGENCY INFORMATION
Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC - DAY OR NIGHT
800-424-9300
Chemtrec Customer : CCN202096

CARRIER CERTIFIES THAT THE TANK SUPPLIED FOR THIS SHIPMENT IS A PROPER CONTAINER FOR
THE TRANSPORTATION OF THE PRODUCT HEREIN DESCRIBED. CARRIER TERMS WILL BE THOSE OF
EITHER THE CONTRACT BETWEEN SHIPPER AND CARRIER OR THE LAWFULLY APPLICABLE TARIFFS
IF A CARRIER IS A COMMON CARRIER

FOR CUSTOMERS RECEIVING DYED DIESEL FUEL:
DYED DIESEL FUEL, NON TAXABLE USE ONLY. PENALTY FOR TAXABLE USE.

FOR CUSTOMERS RECEIVING DYED KEROSENE:
DYED KEROSENE, NON TAXABLE USE ONLY. PENALTY FOR TAXABLE USE.

FOR CUSTOMERS RECEIVING GASOLINE:
THIS GASOLINE MAY CONTAIN OXYGENATES BUT DOES NOT MEET CARBON MONOXIDE NON-
ATTAINMENT AREA REQUIREMENTS FOR OXYGENATED GASOLINES. NOT FOR SALE TO ULTI-
MATE CONSUMERS IN A CONTROL AREA DURING A CONTROL PERIOD.

EPA REFORMULATED GAS:
PHASE 2 COMPLEX MODEL. VOC EMISSIONS PERFORMANCE REDUCTION FOR REGION 2 GREATER THAN 13.1%
NOX EMISSIONS PERFORMANCE REDUCTION GREATER THAN -2.5% OXYGEN CONTENT MINIMUM BY WEIGHT OF 1.6%.
MAXIMUM OF 2.7% BY WEIGHT DURING VOC CONTROL PERIOD. BENZENE CONTENT MAXIMUM OF 1.5% BY VOLUME.
CONTAINS 10 VOL.% DENATURED FUEL ETHANOL. THIS PRODUCT CONTAINS IVD AND PFI FUEL ADDITIVES.

## CONDITIONS

A. Deliveries into trucks furnished by GLOBAL COMPANIES LLC are subject to the following:

1. If Trucker is a contract carrier, shipment shall be made in accordance with the terms of the contract between trucker and GLOBAL COMPANIES LLC.

2. If Trucker is a common carrier, shipment shall be made in accordance with the terms of the Uniform Straight Bill of Lading set forth in the current National Motor Freight Classifications, provided, however, that if shipment is made wholly within a state where bills of lading have been legally prescribed shipment shall be governed by the terms of the applicable bill of lading.

B. Deliveries into trucks other than those furnished by GLOBAL COMPANIES LLC are subject to the following:

3. Compartments are numbered from the front of tank back and Trucker is responsible for loading into correct compartment.

4. GLOBAL COMPANIES LLC will not be responsible for the condition of tanks, compartments or other containers for the transportation of the products covered by this receipt.

5. The products covered by this receipt are delivered F.O.B. point of loading and GLOBAL COMPANIES LLC will not be liable in any way for any accidents, damage either to persons or to property, loss of property or delay, arising out of or occurring during the transportation of the products herein described or, while being loaded or unloaded.

6. GLOBAL COMPANIES LLC exercises no control over and does not assume any responsibility for the transportation of the products covered by this receipt.

7. Claims for errors, shortages or unsatisfactory grade or condition of products will not be allowed by GLOBAL COMPANIES LLC unless notice is given before the products have left the GLOBAL COMPANIES LLC premises and GLOBAL COMPANIES LLC has been given an opportunity to make an inspection.

8. The products covered by this receipt are subject to all the conditions of any sales contract or agreement in effect at the time of delivery between any buyer named herein and GLOBAL COMPANIES LLC.

C. Carrier certifies (a) the cargo tank supplied for this shipment is a proper container, and is properly placarded, for the transportation of this commodity as described by the shipper; (b) that the commodities included in this shipment conform to the description of same on this document; (c) that such description conforms to the classification of each commodity as established under the rules and regulations of the Department of Transportation or other governmental agencies or authority having jurisdiction over this shipment; (d) that the cargo tank supplied for this shipment is visibly marked with appropriate labels for the commodities herein described in accordance with said rules and regulations; and (e) that Trucker has in all respects otherwise complied with all applicable provisions of said rules and regulations.

# BREWER PETROLEUM SERVICE, INC.

271 Lee Burbank Highway
Revere, Massachusetts 02151
781/284-4770 — Fax (781) 289-6904

No. A415825

B 15 6 186

Date 10-7-14

CONSIGNEE: SPEEDWAY

DESTINATION: WHITINSVILLE 2415

SHIPPER'S NAME: MARATHON

SHIPPED FROM: EVERETT

CUSTOMER'S ORDER NO.

LOADING TICKET NO. 1494140

| | GALS. | WATER | OFFICE USE ONLY | RATE | AMOUNT |
|---|---|---|---|---|---|
| Gasoline Flammable Liquid U N 1203 (Unleaded) | 10563 | 0 | Gallons | | |
| Gasoline Flammable Liquid U N 1203 (Plus) | | 0 | | | |
| Gasoline Flammable Liquid U N 1203 (Premium) | 999 | 0 | | | |
| Fuel Oil Combustible Liquid NA 1993 (Diesel) | | | Toll | | |
| Fuel Oil Combustible Liquid NA 1223 (Kerosene) | | | Stop Off Charge @ | | |
| Oil Combustible Liquid NA 1093 | | | DELAY CHARGE Hrs. @ | | |
| | | | TOTAL | | |

Loading Time Finish

Loading Time Start

Total Loading Time

Driver

Explain Delay Time:

Delivery Time Finish

Delivery Time Start

Total Delivery (N/A)

Customer's Signature
For Products and Delay
Charge

"DYED DIESEL FUEL, NONTAXABLE USE ONLY, PENALTY FOR TAXABLE USE"   CHEMTREC EMERGENCY TELEPHONE 1-800-424-9300

# DRIVERS DELIVERY INSTRUCTIONS

**TERMINAL OPERATIONS**

DATE: 10-7-14  STATION NO. 2415  DISPATCHER: CM

## TERMINAL LOADING

Drain dry compartments.

Place ID tags on appropriate compartment.

Check Delivery Ticket quantities with Driver Delivery Instructions Form.

## BEFORE UNLOADING AT STATION

Gauge tanks at station.

Physically check that all station gauge caps are secure.

Calculate inventory to be sure that the load will fit.

Compare ID tags against Drivers Delivery Instructions.

## UNLOADING AT STATION

Remove ID tags as compartments are flushed.

Connect up Unleaded Regular first, Unleaded Plus next, and Unleaded Premium last. BE SURE TO MATCH ID, COLOR TO FILL COLOR.

## AFTER UNLOADING AT STATION

Gauge station's tanks.

Calculate "Total," item A, figures with "After Unloading in Stations Tanks," item B, figures.

Report any discrepancy of ± 50 gal. to the terminal.

### STATION/TRUCK READINGS

| ITEM | | U/L REGULAR | | U/L PLUS | | U/L PREMIUM | | DIESEL | |
|---|---|---|---|---|---|---|---|---|---|
| | | GAUGE | GROSS VOLUME | GAUGE | GROSS VOLUME | GAUGE | GROSS VOLUME | GAUGE | GROSS VOLUME |
| BEFORE UNLOADING IN STATION TANKS | | 30 | 5657 | | | 51650 | 7 | | |
| IN TRUCK | | 30 | 10502 | | | | 999 | | |
| TOTAL [A] | | | 16160 | | | | 7506 | | |
| STATION TANK STORAGE CAPACITY | | | 19388 | | | | 9194 | | |
| CAN LOAD FIT? | | YES / NO ✓ | | YES / NO | | YES / NO | | YES / NO | |
| AFTER UNLOADING IN STATION TANKS [B] | | 89 | 15869 | | | 65 | 7515 | | |
| DIFFERENCE (A) / (B) | | | 291 | | | | - 9 | | |

### DRIVER MUST

PICK UP ENVELOPE WITH CHECK AT STATION

PICK UP CHECK - RED BOX ACCT. TYPE CHECK

BRING BACK TANK READINGS

EXTRA HOSE REQUIRED

METERED TRUCK REQUIRED

| | | | | |
|---|---|---|---|---|
| NL | PNL | NL | NL | NL |
| ⑤ | ④ | ③ | ② | ① |
| 3000 | 1000 | 1000 | 2300 | 3600 |

GRADE OF PRODUCT: CAB

VOLUME

SEAL NUMBERS

DRIVERS REMARKS ON THIS DELIVERY

DRIVER'S SIGNATURE

CUSTOMER'S SIGNATURE

ADDITIONAL REQUIREMENTS:

BOL-# 140 4149

**FOR PRODUCT EMERGENCY - SPILL, LEAK, FIRE OR EXPOSURE, CALL CHEMTREC 800-424-9300 DAY OR NIGHT**

[illegible]

**SEE REVERSE SIDE FOR HAZARDOUS WARNING, INITIAL EMERGENCY RESPONSE GUIDE AND OTHER INFORMATION**

| SOLD TO: | SOLD TO/ CONTRACT # | DEL. DATE | PLANT ID # [illegible] / FOLIO # [illegible] | BOL #: [illegible] |
|---|---|---|---|---|
| [illegible] | [illegible] | | SHIPMENT ORIGIN: | |
| | SHIP TO # [illegible] | PO # | 52 Beacham St<br>Everett MA 02149 | |
| [illegible] | | TRNS CODE: [illegible] | TRANSFEROR: | |
| SHIP TO: | | | ExxonMobil Oil Corporation<br>3225 Gallows Road<br>Fairfax, VA 22037-0001<br>EPA Facility Reg. #[illegible] | |
| [illegible] PROVIDENCE ROAD<br>[illegible]-1144 PROVIDENCE ROAD<br>[illegible]VILLE, MA [illegible] | LOAD IN/ DATE: 05:01 10/07/14 | LOAD OUT/ DATE: 05:17 10/07/14 | EPA #: 4349 | FEIN #: 13-540[illegible] |

| METER # | MATERIAL # | MATERIAL DESCRIPTION | GROSS | TEMP. | GRAVITY | NET |
|---|---|---|---|---|---|---|
| [illegible] | [illegible] | 93 OCT RFG 3.5W%02 ETOH GENADD. | 999 | 55.6 | 55.4 | [illegible] |
| [illegible] | [illegible] | 93 OCT RBOB. | 902 | | | [illegible] |
| [illegible] | 106269 | ETHANOL,NO RINS TRANSFERRED. | 97 | | | [illegible] |
| [illegible] | 101381 | 87 OCT RFG 3.5W%02 ETOH GENADD. | 5903 | 59.9 | 61.4 | 5907 |
| [illegible] | 100945 | 87 OCT RBOB. | 5331 | | | [illegible] |
| [illegible] | 106269 | ETHANOL,NO RINS TRANSFERRED. | 572 | | | [illegible] |
| [illegible] | 101381 | 87 OCT RFG 3.5W%02 ETOH GENADD. | 4600 | 58.9 | 61.4 | 4603 |
| [illegible] | 100945 | 87 OCT RBOB. | 4154 | | | [illegible] |
| 02-03 | 106269 | ETHANOL,NO RINS TRANSFERRED. | 446 | | | [illegible] |
| | | Total Gallons: 1 TANK TRUCK | 11502 | | | 11512 |

THIS PRODUCT IS REFORMULATED GASOLINE, CONTAINING DETERGENT ADDITIVE, VOC CONTROLLED,BENZENE 1.3 VOL.%MAX. E10: CONTAINS BETWEEN 9 AND 10 VOL % ETHANOL.
E10: CONTAINS BETWEEN 9 AND 10 VOL% ETHANOL.
"This volume of neat or blended ethanol is designated and intended for use as transportation fuel or jet fuel in the 48 U.S. contiguous states and Hawaii. Any person exporting this fuel is subject to the requirements of 40 CFR 80.1430."
Gasoline: Danger. Extremely flammable. Causes skin and respiratory tract irritation. May cause serious or fatal lung damage. Contains benzene and ethylbenzene. May cause cancer, blood related disorders, and nervous system damage.

SEQ #: [illegible]

GASOLINE IS IN COMPLIANCE WITH APPLICABLE RVP STANDARDS

| DRIVER | DRIVER # | SCAC | FEIN # |
|---|---|---|---|
| KEVIN [illegible] TRUCK: | [illegible] TRAILER 1: [illegible] | [illegible] | [illegible] |
| CARRIER | | | FREIGHT |
| [illegible] PETROLEUM SERVICE INC (781)284-4775<br>[illegible] LEE BURBANK HWY<br>REVERE, MA 02151-4051 | | | [illegible] |

Carrier has loaded and accepted the above-named materials and certifies that the container supplied for this shipment is a proper container for the transportation of this commodity under D.O.T. regulations and driver acknowledges Emergency Response Guide Information received on reverse side of this document.

DATE: 10/07/[illegible]

DRIVER/AGENT SIGNATURE: [signature]

CUSTOMER COPY

FCO-619 (01/14)

6 V

# EMERGENCY RESPONSE INFORMATION (49 CFR 172.602)
(See Material Safety Data Sheet for additional information)

| SHIPPING NAME | HAZARD CLASS | ID # | P.G. |
|---|---|---|---|
| Gasoline | 3 | UN 1203 | II |
| Gasohol | 3 | NA 1203 | II |
| Ethyl Alcohol | 3 | UN 1170 | II |
| Fuel, Aviation, Turbine Engine | Combustible Liquid | UN 1863 | III |
| Diesel Fuel | Combustible Liquid | NA 1993 | III |
| Kerosene | Combustible Liquid | UN 1223 | III |
| Fuel Oil | Combustible Liquid | NA 1993 | III |

## POTENTIAL HAZARDS

### Fire Or Explosion
- HIGHLY FLAMMABLE. Will be easily ignited by heat, sparks or flames.
- Vapors may form explosive mixtures with air.
- Vapors may travel to source of ignition and flash back.
- Most vapors are heavier than air. They will spread along ground and collect in low or confined areas (sewers, basements, tanks).
- Vapor explosion hazard indoors, outdoors or in sewers.
- Some may polymerize (P) explosively when heated or involved in a fire.
- Vapor explosion may create fire or explosion hazard.
- Containers may explode when heated.
- Runoff to sewer may create fire or explosion hazard.
- Many liquids are lighter than water.
- Substance may be transported hot.

### Health
- Inhalation or contact with material may irritate or burn skin and eyes.
- Fire may produce irritating, corrosive and/or toxic gases.
- Vapors may cause dizziness or suffocation.
- Runoff from fire control or dilution water may cause pollution.

## PUBLIC SAFETY
- Call Emergency Response Telephone Number on the front side of this Shipping Paper first. If shipping paper not available or no answer, refer to appropriate telephone numbers listed in your area.
- Isolate spill or leak immediately for at least 25 to 50 meters (80 to 160 feet) in all directions.
- Keep unauthorized personnel away.
- Stay upwind.
- Keep out of low areas.
- Ventilate closed spaces before entering.

### Protective Clothing
- Structural firefighters' protective clothing will only provide limited protection.
- Wear positive pressure self-contained breathing apparatus (SCBA).

### Evacuation
Large Spill
- Consider initial downwind evacuation for at least 300 meters (1000 feet).

Fire
- If tank, rail car or tank truck is involved in a fire, ISOLATE for 800 meters (1/2 mile) in all directions; also, consider initial evacuation for 800 meters (1/2 mile) in all directions.

## EMERGENCY RESPONSE

### Fire
CAUTION: All these products have a very low flash point Use of water spray when firefighting may be inefficient.

Small Fires
- Dry chemical, $CO_2$, water spray or regular foam.

Large Fires
- Water spray fog or regular foam.
- Do not use straight streams.
- Move containers from fire area if you can do it without risk.

Fires involving Tanks or Car/Trailer Loads
- Fight fire from maximum distance or use unmanned hose holders or monitor nozzles.
- Cool containers with flooding quantities of water until well after fire is out.
- Withdraw immediately in case of rising sound from venting safety devices or discoloration of tank.
- ALWAYS stay away from the ends of tank.
- For massive fire use unmanned hose holders or monitors nozzles; if this is impossible, withdraw from area and let fire burn.

### Spill Or Leak
- ELIMINATE all ignition sources (no smoking, flares, sparks or flames in immediate area).
- All equipment used when handling the product must be grounded.
- Do not touch or walk through spilled material.
- Stop leak if you can do it without risk.
- Prevent entry into waterways, sewers, basements or confined areas.
- A vapor suppressing foam may be used to reduce vapors.
- Absorb or cover with dry earth, sand or other non-combustible material and transfer to containers.

Large Spill
- Use clean non-sparking tools to collect absorbing material.
- Dike far ahead of liquid spill for later disposal.
- Water spray may reduce vapor, but may not prevent ignition in closed spaces.

### First Aid
- Move victim to fresh air.
- Call emergency medical care.
- Apply artificial respiration if victim is not breathing.
- Administer oxygen if breathing is difficult.
- Remove and isolate contaminated clothing and shoes.
- In case of contact with substance, immediately flush skin or eyes with running water for at least 20 minutes.
- Wash skin with soap and water.
- Keep victim warm and quiet.
- Ensure that medical personnel are aware of the material(s) involved, and take precautions to protect themselves.

---

## BILL OF LADING INFORMATION

This shipment is governed, if-via contract carrier, by the applicable contract or if by common carrier, by the National Motor Freight Classification uniform bill of lading in effect on shipment or by such other bill of lading form as may be prescribed by governmental authority.

IF THIS DOCUMENT EVIDENCES A DELIVERY INTO SHIPPER'S TRUCK OR INTO CONSIGNEE'S TRUCK, IT IS NOT A BILL OF LADING, BUT CONSIGNEE'S RECEIPT FOR THE DELIVERY.

# BREWER PETROLEUM SERVICE, INC.

271 Lee Burbank Highway
Revere, Massachusetts 02151
781/284-4770 – Fax (781) 289-6984

B _16.02 T 200_    Date _10-27-4_

| | |
|---|---|
| CONSIGNEE | _Spring_ |
| SHIPPER'S NAME | _Whitmoyih 245_ |
| CUSTOMER'S ORDER NO. | SHIPPED FROM _Gampce_ |
| | LOADING TICKET NO. _199491_ |

| | GALS. | WATER | OFFICE USE ONLY | | | AMOUNT |
|---|---|---|---|---|---|---|
| Gasoline Flammable Liquid U N 1203 (Unleaded) | 7003 | | Gallons | | | |
| Gasoline Flammable Liquid U N 1203 (Plus) | | | | | | |
| Gasoline Flammable Liquid U N 1203 (Premium) | 1301 | | | | | |
| Combustible Liquid NA 1993 (Diesel) | 3000 | | Toll | | | |
| Fuel Oil Combustible Liquid NA 1223 (Kerosene) | | | Stop Off Charge | @ | | |
| Fuel Oil Combustible Liquid NA 1993 | | | DELAY CHARGE | Hrs. @ | | |
| | | | | TOTAL | | |

Loading Time Finish _0538_

Loading Time Start _0511_

Total Loading Time _____

Driver _BICK_

Explain Delay Time: _____

Delivery Time Finish _0818_

Delivery Time Start _0724_

Total Delivery Time _____

Customer's Signature
For Products and/or Delay
Charge _____

"DYED DIESEL FUEL, NONTAXABLE USE ONLY, PENALTY FOR TAXABLE USE"    CHEMTREC EMERGENCY TELEPHONE 1-800-424-9300

# DRIVERS DELIVERY INSTRUCTIONS

**TERMINAL OPERATIONS**

| DATE | STATION NO. | DISPATCHER |
|---|---|---|
| 10-22-14 | LN4724114 | Chandler |

## TERMINAL LOADING

**ITEM**

- ☐ Drain dry compartment.
- ☐ Place ID tags on appropriate compartment.
- ☐ Check Delivery Ticket quantities with Driver Delivery Instructions Form.

## BEFORE UNLOADING AT STATION

- ☐ Gauge tanks at station.
- ☐ Physically check that all station gauge caps are secure.
- ☐ Calculate inventory to be sure that the load will fit.
- ☐ Compare ID tags against Driver Delivery Instructions.

## UNLOADING AT STATION

- ☐ Connect up Unleaded Regular first, Unleaded Plus next, and Unleaded Premium last. BE SURE TO MATCH ID COLOR TO FILL COLOR.
- ☐ Remove ID tags as compartments are finished.

## AFTER UNLOADING AT STATION

- ● [B] station's tanks.
- Compute "Total," Item A, figures with "After Unloading in Stations' Tanks," Item B, figures.
- Report any discrepancy of ± 50 gal. to the terminal.

### STATION/TRUCK READINGS

| | U/L REGULAR | | U/L PLUS | | U/L PREMIUM | | DIESEL | |
|---|---|---|---|---|---|---|---|---|
| | GAUGE | GROSS VOLUME | GAUGE | GROSS VOLUME | GAUGE | GROSS VOLUME | GAUGE | GROSS VOLUME |
| BEFORE UNLOADING IN STATION TANKS | 44½ | 9065 | | | 61 | 6844 | 59 | 6364 |
| IN TRUCK | | 7602 | | | | 1501 | | 2000 |
| TOTAL [A] | | 16667 | | | | 8345 | | 8369 |
| STATION TANK STORAGE CAPACITY | | 14300 | | | | 9605 | | 9643 |
| CAN LOAD FIT? | YES ☐ NO ☑ | | YES ☐ NO ☐ | | YES ☐ NO ☑ | | YES ☐ NO ☑ | |
| AFTER UNLOADING IN STATION TANKS [B] | 71 | 16144 | | | 73 | 6336 | 73 | 6311 |
| DIFFERENCE [A] [B] | | 573 | | | | 9 | | 58 |

| | | | | | GRADE OF PRODUCT |
|---|---|---|---|---|---|
| NL | NL | PLL | OLD | | |
| 5 | 4 | 3 | 2 | 1 | CAB |
| 3000 | 3000 | 7301 | 3000 | 3301 | VOLUME |

## DRIVER MUST

- ☐ PICK UP ENVELOPE WITH CHECK AT STATION
- ☐ PICK UP CHECK - RED BOX ACCT. TYPE CHECK
- ☐ BRING BACK TANK READINGS
- ☐ EXTRA HOSE REQUIRED
- ☐ METERED TRUCK REQUIRED

**ADDITIONAL REQUIREMENTS:**

1464741

| DRIVER'S REMARKS ON THIS DELIVERY | SEAL NUMBERS |
|---|---|

DRIVER'S SIGNATURE

CUSTOMER'S SIGNATURE



FOR PRODUCT EMERGENCY - SPILL, LEAK, FIRE OR EXPOSURE, CALL CHEMTREC. 800-424-9300 DAY OR NIGHT

UN1203, Gasoline, 3, P.G. II — 8503 GALLONS
NA1993, Combustible Liquid, n.o.s. (Diesel Fuel). PGIII — 2000 GALLONS

SEE REVERSE SIDE FOR HAZARDOUS WARNING, INITIAL EMERGENCY RESPONSE GUIDE AND OTHER INFORMATION

**SOLD TO:**
MARATHON PETROLEUM COMPANY LP
539 SOUTH MAIN STREET
FINDLAY, OH 45840

SOLD TO/ CONTRACT #: 0000173531
DEL. DATE:
SHIP TO #: 0 16
PO #:

PLANT ID #: 10/008
FOLIO #:
**BOL #:** 1494291

**SHIPMENT ORIGIN:**
52 Beacham St
Everett MA 02149

EDI #: 33052860230100
TRNS CODE: 533

**SHIP TO:**
2415 - H#21220-1144 PROVIDENCE ROAD
2415 - H#21220-1144 PROVIDENCE ROAD
WHITINSVILLE, MA 015882141

LOAD IN/ DATE: 05:17 10/08/14
LOAD OUT/ DATE: 05:28 10/08/14

**TRANSFEROR:**
ExxonMobil Oil Corporation
3225 Gallows Road
Fairfax, VA 22037-0001
EPA Facility Reg. #435081690

EPA #: 4343
FEIN #: 13-5409370

| METER # | MATERIAL # | MATERIAL DESCRIPTION | GROSS | TEMP. | GRAVITY | NET |
|---|---|---|---|---|---|---|
| Rav-07 | 101370 | 93 OCT RFG 3.5W%02 ETOH GENADD. | 1501 | [illegible] | [illegible] | 1500 |
| 02-01 | 101146 | 93 OCT RBOB. | 1355 | | | 1355 |
| 02-02 | 106268 | ETHANOL,NO RINS TRANSFERRED. | 146 | | | 145 |
| Rav-07 | 101381 | 87 OCT RFG 3.5W%02 ETOH GENADD. | 3501 | 61.4 | 61.5 | 3498 |
| 03-01 | 100845 | 87 OCT RBOB. | 3161 | | | 3159 |
| 03-02 | 106268 | ETHANOL,NO RINS TRANSFERRED. | 340 | | | 339 |
| Rav-07 | 101381 | 87 OCT RFG 3.5W%02 ETOH GENADD. | 3501 | 62.0 | 61.5 | 3497 |
| 01-01 | 100845 | 87 OCT RBOB. | 3161 | | | 3159 |
| 01-03 | 106268 | ETHANOL,NO RINS TRANSFERRED. | 340 | | | 339 |
| Rav-07 | 104025 | S15 MV NO.2 DSL B0 TO B5 ADD. | 2000 | 63.9 | 33.7 | 1996 |
| 04-01 | 104025 | S15 MV NO.2 DSL B0 TO B5. | 2000 | | | 1996 |
| | | Total Gallons: 1 TANK TRUCK | 10503 | | | 10491 |

THIS PRODUCT MAY CONTAIN UP TO 5% BIODIESEL.
15 PPM SULFUR (MAXIMUM) UNDYED ULTRA-LOW SULFUR DIESEL FUEL.FOR USE IN ALL DIESEL VEHICLES AND ENGINES.
THIS PRODUCT IS REFORMULATED GASOLINE, CONTAINING DETERGENT ADDITIVE.
NON-VOC CONTROLLED,BENZENE 1.3 VOL.%MAX. E10: CONTAINS BETWEEN 9 AND 10 VOL % ETHANOL.
E10: CONTAINS BETWEEN 9 AND 10 VOL% ETHANOL.
BIODIESEL BLENDS SHOULD BE USED WITHIN 3 MONTHS FROM THE DATE OF PURCHASE.
CUSTOMERS SHOULD BE ADVISED THAT IF STORED LONGER THAN 3 MONTHS, THE PRODUCT MAY NO LONGER MEET SPECIFICATIONS AND MAY NOT WORK PROPERLY.
"This volume of neat or blended ethanol is designated and intended for use as transportation fuel or jet fuel in the 48 U.S. contiguous states and Hawaii. Any person exporting this fuel is subject to the requirements of 40 CFR 80.1430."
"This volume of neat or blended biodiesel is designated and intended for use as transportation fuel, heating oil or jet fuel in the 48 U.S contiguous states and Hawaii. Any person exporting this fuel is subject to the requirements of 40 CFR 80.1430."

[CONTINUED ON NEXT PAGE]

SEQ #: 1430

GASOLINE IS IN COMPLIANCE WITH APPLICABLE RVP STANDARDS

DRIVER: RICK JOHNSON
DRIVER #: 1457
TRUCK: TRAILER 1: 200
SCAC: BRPS
FEIN #: 004111797

CARRIER
OWER PETROLEUM SERVICE INC (781)284-4770
211 LEE BURBANK HWY
REVERE, MA 02151-4061

FREIGHT: COLLECT

Carrier has loaded and accepted the above-named materials and certifies that the container supplied for this shipment is a proper container for the transportation of this commodity under D.O.T. regulations and driver acknowledges Emergency Response Guide Information received on reverse side of this document.

DATE: 10/08/14

DRIVER/AGENT SIGNATURE: [signature]

COPY 3

FCO-619 (01/14)

6 z

# EMERGENCY RESPONSE INFORMATION (49 CFR 172.602)
(See Material Safety Data Sheet for additional information)

| SHIPPING NAME | ID # | HAZARD CLASS | P.G. |
|---|---|---|---|
| Gasoline | UN 1203 | 3 | II |
| Gasohol | NA 1203 | 3 | II |
| Ethyl Alcohol | UN 1170 | 3 | II |
| Fuel, Aviation, Turbine Engine | NA 1863 | Combustible Liquid | III |
| Diesel Fuel | NA 1993 | Combustible Liquid | III |
| Kerosene | UN 1223 | Combustible Liquid | III |
| Fuel Oil | NA 1993 | Combustible Liquid | III |

## POTENTIAL HAZARDS

### Fire Or Explosion

- HIGHLY FLAMMABLE: Will be easily ignited by heat, sparks or flames.
- Vapors may form explosive mixture with air.
- Vapors may travel to source of ignition and flash back.
- Most vapors are heavier than air. They will spread along ground and collect in low or confined areas (sewers, basements, tanks).
- Vapor explosion hazard indoors, outdoors or in sewers.
- Some may polymerize (P) explosively when heated or involved in a fire.
- Runoff to sewer may create fire or explosion hazard.
- Containers may explode when heated.
- Substance may be transported hot.
- Many liquids are lighter than water.

### Health

- Inhalation or contact with material may irritate or burn skin and eyes.
- Fire may produce irritating, corrosive and/or toxic gases.
- Vapors may cause dizziness or suffocation.
- Runoff from fire control or dilution water may cause pollution.

## PUBLIC SAFETY

- Call Emergency Response Telephone Number on the front side of this Shipping Paper first. If Shipping paper not available or no answer, refer to appropriate telephone numbers listed in your area (Fire, Police, etc).
- Isolate spill or leak immediately for at least 25 to 50 meters (80 to 160 feet) in all directions.
- Keep unauthorized personnel away.
- Stay upwind.
- Keep out of low areas.
- Ventilate closed spaces before entering.

### Protective Clothing

- Wear positive pressure self-contained breathing apparatus (SCBA).
- Structural firefighters' protective clothing will only provide limited protection.

### Evacuation

Large Spill
- Consider initial downwind evacuation for at least 300 meters (1000 feet).

Fire
- If tank, rail car or tank truck is involved in a fire, ISOLATE for 800 meters (1/2 mile) in all directions; also, consider initial evacuation for 800 meters (1/2 mile) in all directions.

## EMERGENCY RESPONSE

### Fire

CAUTION: All these products have a very low flash point: Use of water spray when fighting fire may be inefficient.

Small Fires
- Dry chemical, CO2, water spray or regular foam.

Large Fires
- Water spray, fog or regular foam.
- Do not use straight streams.
- Move containers from fire area if you can do it without risk.

Fires involving Tanks or Car/Trailer Loads
- Fight fire from maximum distance or use unmanned hose holders or monitor nozzles.
- Cool containers with flooding quantities of water until well after fire is out.
- Withdraw immediately in case of rising sound from venting safety devices or discoloration of tank.
- ALWAYS stay away from the ends of tank.
- For massive fire use unmanned hose holders or monitor nozzles; if this is impossible, withdraw from area and let fire burn.

### Spill Or Leak

- ELIMINATE all ignition sources (no smoking, flares, sparks or flames in immediate area).
- All equipment used when handling the product must be grounded.
- Do not touch or walk through spilled material.
- Stop leak if you can do it without risk.
- Prevent entry into waterways, sewers, basements or confined areas.
- A vapor suppressing foam may be used to reduce vapors.
- Absorb or cover with dry earth, sand or other non-combustible material and transfer to containers.

Large Spills
- Use clean non-sparking tools to collect absorbing material.
- Dike far ahead of liquid spill for later disposal.
- Water spray may reduce vapor, but may not prevent ignition in closed spaces.

### First Aid

- Move victim to fresh air.
- Call emergency medical care.
- Apply artificial respiration if victim is not breathing.
- Administer oxygen if breathing is difficult.
- Remove and isolate contaminated clothing and shoes.
- In case of contact with substance, immediately flush skin or eyes with running water for at least 20 minutes.
- Wash skin with soap and water.
- Keep victim warm and quiet.
- Ensure that medical personnel are aware of the material(s) involved and take precautions to protect themselves.

## BILL OF LADING INFORMATION

This shipment is governed, if-via contract carrier, or if by common carrier, by the applicable contract or if by common carrier, by the National Motor Freight Classification uniform bill of lading in effect on shipment date if applicable, or by such other form or conditions as may be prescribed by governmental authority.

IF THIS DOCUMENT EVIDENCES A DELIVERY INTO SHIPPER'S TRUCK OR INTO CONSIGNEE'S TRUCK, IT IS NOT A BILL OF LADING, BUT CONSIGNEE'S RECEIPT FOR THE DELIVERY.

